# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1007
Lower Tribunal Nos. 28-2018-CF-000769-CFAM, 28-2018-CF-000772-CFAM,
28-2018-CF-000784-CFAM, 28-2018-CF-000816-CFAM,
28-2018-CF-000824-CFAM, and 28-2018-CF-000825-CFAM

_____

ROBERT JAMES WELLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and PRATT, JJ., concur.


Robert James Wells, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED